IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 303 MOC WCM

| | | |
|---|---|---|
| MARY SITHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| | ) | |
| ETHICON, INC. and JOHNSON & JOHNSON | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 63) filed by Shelley W. Coleman. The Motion indicates that Ms. Coleman, a member in good standing of the Bar of this Court, is local counsel for Defendants and that she seeks the admission of Caroline D. Walker, who the Motion represents as being a member in good standing of the Bar of the State of Alabama. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 63) and **ADMITS** Caroline D. Walker to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 29, 2020

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:20-cv-00303-MOC-WCM   Document 64   Filed 10/29/20   Page 2 of 2