IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 303 MOC WCM

| MARY SITHER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| ETHICON, INC. and | ) |  |
| JOHNSON & JOHNSON | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 68) filed by Charles Sasser. The Motion indicates that Mr. Sasser, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Kathryn Grace Hooten, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 68) and **ADMITS** Kathryn Grace Hooten to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 3, 2020

W. Carleton Metcalf
United States Magistrate Judge